ANDREW J. NEUBAUER, as Administrator of the Estate of
STANISLAUS PREZEBINDA, Deceased, Appellant, *v.* S.
PEARSON AND SON, INCORPORATED, Respondent.

*Neubauer* v. *Pearson & Son, Inc.*, 147 App. Div. 912, affirmed.
(Argued April 2, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered November 24, 1911, affirming a judgment in
favor of defendant entered upon a dismissal of the com-
plaint by the court at a Trial Term in an action to recover
for the death of plaintiff's intestate alleged to have been
occasioned through the negligence of defendant, his
employer.

*Martin T. Manton* for appellant.

*Hugh A. Bayne* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, WILLARD BARTLETT and CHASE, JJ.